JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. MILLER, an Individual, | Case No.: 2:21-cv-05737-DSF-MAR |
| Plaintiff, | Hon. Dale S. Fischer |
| vs. | |
| TESLA ENERGY OPERATIONS, INC, a business entity, form unknown; EQUIFAX INFORMATION SERVICES LLC, is a business entity, form unknown, and DOES 1-10, Inclusive, | ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TESLA ENERGY OPERATIONS, INC. [36] |
| Defendants. | |

    Plaintiff Gregory S. Miller has announced to the Court that all matters in controversy against Defendant Tesla Energy Operations, Inc. have been resolved.

    A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Gregory S. Miller against Defendant Tesla Energy Operations, Inc., are in

all respects dismissed with prejudice to the re-filing of same, with Court costs to be paid by the party incurring same. Moreover, since there are no remaining defendants, the entire case is dismissed with prejudice.

DATED this 21st day of June 2022.

*Dale S. Fischer*
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE